UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Manuel Batista Marte,

Plaintiff(s),

-against-

Pedro Jose Mercedes et al.,

Defendant(s).

26-CV-5452 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the avoidance of doubt, given that this case has been referred to a mediator, Dkt. 7, the Court notifies the parties that the initial pretrial conference scheduled for October 15, 2026, is canceled.

SO ORDERED.

Dated: October 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge